UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:22-mj-366 |
| v. | |
| SHIHAB AHMED SHIHAB SHIHAB | FILED UNDER SEAL |
| Defendant. | |

## MOTION TO SEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Complaint and Arrest Warrant be sealed until such time as an initial appearance in this case as the proposed defendant is unaware of the charges at this time.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite
200 Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Jessica.Knight@usdoj.gov

1