UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:22-mj-366 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| v. | : | |
| | : | **UNOPPOSED MOTION FOR** |
| | : | **EXTENSION OF TIME DURING WHICH** |
| SHIHAB AHMED SHIHAB SHIHAB, | : | **INDICTMENT/INFORMATION MUST** |
| | : | **BE FILED** |
| Defendant. | : | |

Now comes United States of America, by and through the undersigned attorneys, along with counsel for Defendant Shihab Ahmed Shihab Shihab, and respectfully move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from June 23, 2022, to July 22, 2022.  Mr. Shihab is aware of his right to the timely filing of an Indictment or Information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion.  Defense counsel has communicated with his client and certifies that this waiver is knowingly and voluntarily made.  The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Given the nature of the instant case, the voluminous discovery, and the desire to explore the possibility of a pre-indictment resolution, the Parties are requesting additional time before an Indictment or Information must be filed.  As always, the Parties have exercised and will continue to exercise due diligence in reviewing discovery and reaching a prompt resolution of this matter.

For these reasons stated herein, the United States and Defendant's counsel request an extension of the time within which an Indictment or Information may be filed in this case until July 22, 2022. George Chaney, attorney for Shihab Ahmed Shihab Shihab, has indicated that he agrees to the requested extension of the time.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/*Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Knight@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Extension of Time During Which Indictment/Information Must be Filed was served on June 1, 2022, electronically on all parties of record.

s/*Jessica W. Knight*
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney