AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:22-MJ-00366 |
| Shihab Ahmed Shihab Shihab | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 06/02/2022

/s/ Shihab Ahmed Shihab Shihab verbal authorization
*Defendant's signature*

/s/ George Chaney Jr.
*Signature of defendant's attorney*

George Chaney, Jr.  (LA #22215)
*Printed name and bar number of defendant's attorney*

10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469

*Address of defendant's attorney*

george_chaney@fd.org
*E-mail address of defendant's attorney*

(614) 469-2999
*Telephone number of defendant's attorney*

614-469-5999
*FAX number of defendant's attorney*